IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| RANDALL ALLOWAY, | Case No. 3:16-cv-02302-CL |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

MARK D. CLARKE, Magistrate Judge.

Before the Court is Plaintiff's Motion (#28) for award of attorney's fees in the amount of $4,126.88, pursuant to 42 U.S.C. § 406(b). Previously, this Court awarded fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 in the amount of $1,995.25. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fees previously received by the attorney and to send to Plaintiff's attorney, Merrill Schneider, at P.O. Box 14490, Portland, OR 97293, the balance of $2,131.63, minus any user fee. Any amount withheld after all administrative and court attorney's fees are paid should be released to claimant.

IT IS SO ORDERED.

DATED this 27 day of March, 2019.

/s/ Mark D. Clarke

MARK D. CLARKE
United States Magistrate Judge